# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TRACY E. McGINNIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **8:09CV29** |
| | ) | |
| **CHRIST THE KING CHURCH OF OMAHA,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

Upon review of the file,

**IT IS ORDERED** that plaintiff's Motion for Leave to File Amended Complaint (Doc. 10) is denied, without prejudice to reassertion in full compliance with the requirements of NECivR 15.1.

**DATED February 26, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**